UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

Bennet Simpkins

        Plaintiff,

  -against-

Bruce Sontag
Robert Rosenblatt
Boris Magid
Yvonne Lewis
Lilla Allocca
Lorraine Guzzo

        Defendants.
- - - - - - - - - - - - - - - - X



ORIGINAL

RECEIVED APR 05 2010

COMPLAINT

Jury Trial Requested   PRO SE   1554

GARAUFIS, J.

BLOOM, M.J.

### I. Parties:

Plaintiff Bennet Simpkins of 2898 West 8th. St. 20k, Brooklyn N.Y. 11224.  718 449-7099.

Defendant Bruce Sontag of Sontag & Hyman, 69 Roslyn Road, Roslyn Hights. N.Y. 11577.  516 621-0600.

Defendant Robert Rosenblatt of Balsamo & Rosenblatt, 80 Livingston St, Brooklyn N.Y. 11201.  718 858-7280.

Defendant Boris Magid, HRA Office of Mental Health Services, 136 Church St., N.Y. N.Y. 10007.  877 472-8411.

Defendant Yvonne Lewis of 360 Adams St. Rm. 525, Brooklyn N.Y. 11201.  347 296-1578.

Defendant Lilla Allocca of 19 Delmar Lane, Commac N.Y. 11725.  631 368-2611.

Defendant Lorraine Guzzo of 16 Beach View Ave, Island Park N.Y. 11558.  516 632-8787.

### II. Jurisdiction.

The jurisdiction of the court is invoked pursuant to 28 U.S.C. §112 except for the jurisdiction of that location whose address is listed in an affirmation by Boris Magid.

### III. Statement of Claim.

Bruce Sontag, the landlord's lawyer brings me to housing court, 141 Livingston St. Brooklyn N.Y. 11201, on 5/14/02 over a rent dispute. The case is adjourned 5 times because the lawyer can't account for money I owe.

During this time in housing court #070328/02 and on 7/22/02, my lawyer Robert Rosenblatt advises an Ad Litum represent me, I refuse so it's my lawyer who states I'm incompetent. The judge disagrees.
My lawyer then lies about the judge as shown in item 16C of a 4/1/03 court evaluator's report.

A psychiatrist's affirmation is signed 1/28/02, before I was summoned to housing court and this shows that the psychiatrist, Boris Magid was eager to find me incompetent. On 9/11/02, the psychiatrist visited me in my home and affirms that I don't know how to manage rent payments. The case was still in housing court.

The landlord's lawyer writes that I didn't pay a final judgement in a letter of 10/24/02 signed, dated and notorized by the lawyer. A receipt of 10/15/02 signed, dated and stamped by a housing agent shows otherwise.

Yvonne Lewis, a judge at 360 Adams St. Brooklyn N.Y. 11201 crosses out an item in a stipulation after I signed it. Although the item was the reason why I signed it and although it was turned into a court order on 12/2/03, I claim I shouldn't have been summoned to guardianship court, #100026/03 to begin with. (Dismissed 3/10/10).

As I felt threatend in this case by government intrusion into my personal life, I let my Niece Lilla Allocca and Cousin Lorraine Guzzo hold my money for safe keeping on 2/19/03. They decided to embezzle most of it.
Also, my SS and SSI benefits were seized from my bank account by a guardian on 7/3/07. Also, my guardianship case was adjourned 21 times from 6/11/05 to 6/16/07 resulting in a continued depletion of my resources.

### IV. Remedy.

To sue all those named as defendants for money lost and for debts incurred.

*Bennet Simpkins*
1/5/10

718 449-7099

ORIGINAL